**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| MARTHA RUTH SMITH | CIVIL ACTION NO. 15-2601-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| KAREN NEWTON, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 15th day of November, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT